IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE CO., HP ENTERPRISE SERVICES, LLC, and SILVER PEAK SYSTEMS, INC.,<br><br>Defendants. | CASE NO.:  6:16-cv-00086<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS HEWLETT PACKARD ENTERPRISE CO. AND
HP ENTERPRISE SERVICES, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Hewlett Packard Enterprise Co. ("HPE") and HP Enterprise Services, LLC ("HPES") file this Disclosure Statement.

HPE certifies, by and through its undersigned counsel of record, that it is a publicly held corporation, it has no parent corporation, and no publicly held corporation currently owns 10% or more of its stock.

HPES certifies, by and through its undersigned counsel of record, that it is a wholly-owned subsidiary of HPE.

Respectfully submitted,

DATED:  May 20, 2016          By:   */s/ Melissa Richards Smith*
MELISSA RICHARDS SMITH
(TX Bar No. 24001351)
melisa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

EDWARD G. POPLAWSKI
(CA STATE BAR NO. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM
(CA STATE BAR NO. 228382)
okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

*Counsel for Defendants Hewlett Packard Enterprise Co. and HP Enterprise Services, LLC*

## CERTIFICATE OF SERVICE

  The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                */s/ Melissa Richards Smith*
                Melissa Richards Smith