RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Adam S. Hoffman (CA SBN 218740)
Email: ahoffman@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiffs*
*REALTIME DATA LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REALTIME DATA LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>SILVER PEAK SYSTEMS, INC.,<br><br>      Defendant. | Case No. 4:17-cv-02373-PJH<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF REALTIME DATA LLC AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**<br><br>Courtroom 3 – 3rd Floor<br><br>Honorable Judge Phyllis J. Hamilton |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF REALTIME DATA LLC**

1. PLEASE TAKE NOTICE THAT Claire Abernathy Henry, Thomas John Ward, Jr. and Andrea Leigh Fair of Ward, Smith & Hill, PLLC, 1127 Judson Road, Suite 220, Longview, Texas 75601, hereby withdraw as attorney of record for Realtime Data, LLC ("Realtime") in the above referenced matter.

2. The ground for withdrawal is the transfer of venue from the Eastern District of Texas, where Mr. Ward, Ms. Henry and Ms. Fair practice, to the Northern District of California.

3. Lead counsel for Realtime Data, LLC practice at the firm of Russ August & Kabat, which continues to represent Realtime Data, LLC in this case.

4. It is further requested that Thomas John Ward, Jr., Claire Abernathy Henry and Andrea Leigh Fair's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to jw@wsfirm.com, claire@wsfirm.com and andrea@wsfirm.com, and that Thomas John Ward, Jr., Claire Abernathy Henry and Andrea Leigh Fair names be removed from any applicable service lists.

Respectfully Submitted,

Dated: June 29, 2017

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry
E-mail: claire@wsfirm.com
Andrea Leigh Fair
E-mail: andrea@wsfirm.com
Thomas John Ward, Jr.
Email: jward@wsfirm.com
WARD, SMITH & HILL, PLLC
1127 Judson Road, Suite 220
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

*Attorneys for Plaintiff*
*REALTIME DATA LLC d/b/a IXO*

**NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF REALTIME DATA LLC**

## ECF ATTESTATION

I, C. Jay Chung, am the ECF user whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory in accordance with Civil L.R. 5-1(i)(3).

Dated: June 29, 2017

/s/ C. Jay Chung
C. Jay Chung
Email: jchung@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

## [PROPOSED] ORDER

Before the Court is Plaintiff's motion to withdraw as counsel. There being good cause shown that Claire Abernathy Henry, Thomas John Ward, Jr. and Andrea Leigh Fair be withdrawn as counsel, the Court GRANTS the motion.

IT IS SO ORDERED.

Dated:

Honorable Judge Phyllis J. Hamilton