RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
James N. Pickens (CA SBN 307474)
Email: jpickens@raklaw.com
Christian Conkle (CA SB No. 306374)
Email: cconkle@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

Attorneys for Plaintiff
REALTIME DATA LLC d/b/a IXO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SILVER PEAK SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-02373-PJH<br><br>Dept: Courtoom 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton |

**NOTICE OF NON-OPPOSITION AND RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION**

Plaintiff Realtime Data LLC ("Realtime") does not oppose a stay pending *inter partes* review requested by Defendant Silver Peak Systems, Inc. ("Defendant"), because, e.g., the case is in its early stages (e.g., case schedule is yet to be set). In view of Realtime's non-opposition to a stay pending *inter partes* review, Realtime believes Defendant's administrative motion to set hearing date (Dkt. No. 97) is moot.

Respectfully submitted,

DATED: July 5, 2017          **RUSS, AUGUST & KABAT**

By: /s/ C. Jay Chung

Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
James N. Pickens (CA SBN 307474)
Email: jpickens@raklaw.com
Christian Conkle (CA SB No. 306374)
Email: cconkle@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

Attorneys for Plaintiff
REALTIME DATA LLC d/b/a IXO

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing document has been served on July 5, 2017 to all counsel of record via the Court's CM/ECF system.

Dated: July 5, 2017               /s/ C. Jay Chung

1