UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REALTIME DATA LLC,

    Plaintiff,

    v.

SILVER PEAK SYSTEMS, INC.,

    Defendant.

Case No. 17-cv-2373-PJH

**ORDER GRANTING MOTION TO STAY; ORDER DENYING AS MOOT REQUEST FOR HEARING DATE**

Defendant Silver Peak Systems, Inc., having filed a motion for a stay of the above-entitled action pending completion of inter partes review ("IPR") by the United States Patent and Trademark Office, and plaintiff Realtime Data LLC having filed a statement of non-opposition, the court hereby GRANTS defendant's motion. The action is hereby STAYED pending final resolution of the IPRs filed on the asserted patents.

The parties shall advise the court when the IPRs have been fully resolved, and if necessary, shall file a joint statement on January 10, 2018, and every six months thereafter, advising the court of the status of the IPRs.

Defendant's request that the court set a hearing date is DENIED as moot.

**IT IS SO ORDERED.**

Dated: July 10, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge