RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Christian W. Conkle (CA SBN 306374)
Email: cconkle@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
*REALTIME DATA LLC d/b/a IXO*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>Defendant. | **Case No. 3:18-cv-3605**<br><br>**PLAINTIFF REALTIME DATA LLC d/b/a IXO'S NOTICE OF PENDANCY OF OTHER ACTIONS INVOLVING SAME OR RELATED PATENTS** |
| REALTIME DATA LLC d/b/a IXO,<br><br>*Plaintiff*,<br><br>v.<br><br>FUJITSU AMERICA, INC. and QUANTUM CORPORATION, | **Case No. 3:17-cv-02109-SK** |

**PLAINTIFF REALTIME DATA LLC d/b/a IXO'S NOTICE OF PENDANCY OF OTHER ACTIONS INVOLVING SAME OR RELATED PATENTS**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>SILVER PEAK SYSTEMS, INC.,<br>Defendant. | **Case No. 4:17-cv-02373-PJH** |
| RIVERBED TECHNOLOGY, INC.,<br>          Plaintiff,<br><br>vs.<br><br>REALTIME DATA LLC d/b/a IXO, | **Case No. 3:17-cv-03182-EMC** |
| REALTIME DATA LLC D/B/A IXO,<br>     Plaintiff,<br><br>vs.<br><br>NEXENTA SYSTEMS, INC.,<br>Defendant. | **Case No. 3:18-cv-00574-LHK**<br><br>**PLAINTIFF REALTIME DATA LLC d/b/a IXO'S NOTICE OF PENDANCY OF OTHER ACTIONS INVOLVING SAME OR RELATED PATENTS** |
| REALTIME DATA LLC D/B/A IXO,<br>     Plaintiff,<br><br>vs.<br><br>BARRACUDA NETWORKS INC.,<br>Defendant. | **Case No. 3:17-cv-06701-EMC** |

Pursuant to Patent Local Rule 2-1(a), Realtime hereby notifies the Court of other actions concerning the same or related patent currently pending in the Northern District of California.

**PLAINTIFF REALTIME DATA LLC d/b/a IXO'S NOTICE OF PENDANCY OF OTHER ACTIONS INVOLVING SAME OR RELATED PATENTS**

| | | |
|---|---|---|
| Sallie Kim<br>Northern District of California San Francisco Division | Realtime Data LLC d/b/a IXO v. Fujitsu America, Inc. and Quantum Corporation | 3:17-cv-02109-SK |
| Phyllis J. Hamilton Northern District of California Oakland Division | Realtime Data LLC d/b/a IXO v. Silver Peak Systems, Inc. | 4:17-cv-02373-PJH |
| Edward M. Chen Northern District of CA San Francisco Division | Riverbed Technology, Inc. v. Realtime Data LLC d/b/a IXO | 3:17-cv-03182-EMC |
| Edward M. Chen District Court Northern CA San Francisco | Realtime Data LLC d/b/a IXO v. Nexenta Systems, Inc. | 3:18-cv-00574-EMC |
| Edward M. Chen District Court Northern CA San Francisco | Realtime Data LLC d/b/a IXO v. Barracuda Networks Inc. | 3:17-cv-06701-EMC |

Respectfully submitted,

2

**PLAINTIFF REALTIME DATA LLC d/b/a IXO'S NOTICE OF PENDANCY OF OTHER ACTIONS INVOLVING SAME OR RELATED PATENTS**

DATED: June 29, 2018　　　　　　　　**RUSS, AUGUST & KABAT**

*/s/ Marc A. Fenster*
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Christian W. Conkle (CA SBN 306374)
Email: cconkle@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
*REALTIME DATA LLC d/b/a IXO*

**PLAINTIFF REALTIME DATA LLC d/b/a IXO'S NOTICE OF PENDANCY OF OTHER ACTIONS INVOLVING SAME OR RELATED PATENTS**